UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-102 |
| | ) | (Phillips/Guyton) |
| EMORY CORNELIUS CLEMONS | ) | |

### ORDER

There being no timely objection by defendant, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation (R&R) [Doc. 41] filed by the Honorable H. Bruce Guyton, United States Magistrate Judge, on April 8, 2009, is hereby **ACCEPTED IN WHOLE** whereby defendant's motion to dismiss the indictment in this case [Doc. 24] is **DENIED**.

**ENTER:**

      s/ Thomas W. Phillips
    United States District Judge