# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:08-CR-102 |
| EMORY CORNELIUS CLEMONS | ) | USM No. 17536-074 |

05/04/2011                                           JONATHAN MOFFATT

Date of Previous Judgment                  Defendant's Attorney

**Order for Sentence Reduction Pursuant to Section 404 of the FIRST STEP Act of 2018**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the FIRST STEP Act of 2018,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of        308 months        **is reduced to** 210 months        .

## I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:
Previous Sentence Imposed: 308 months              Amended Sentence: 210 months
Previous Supervised Release Term Imposed: 8 years      Amended Supervised Release Term: 8 years

## II. SENTENCE RELATIVE TO AMENDED TERMS:

☐ Conditions of supervised release set forth in judgment are to remain in effect.
☑ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:        See page 9 of the Court's memorandum and order

## III. ADDITIONAL COMMENTS:

Except as provided above, all provisions of the judgment dated 05/04/2011       shall remain in effect.

**IT IS SO ORDERED**.

Order Date: January 27, 2020                   s/ Leon Jordan
                                                    *Judge's signature*

Effective Date: January 27, 2020               R. Leon Jordan, U.S. District Judge
                                                    *Printed name and Title*